**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BRAY & GILLESPIE MANAGEMENT**
**LLC, BRAY & GILLESPIE, DELAWARE**
**I, L.P., BRAY & GILLESPIE X, LLC, et al.**
              **Plaintiffs,**

-vs-                                                     **Case No. 6:07-cv-222-Orl-19KRS**

**LEXINGTON INSURANCE COMPANY,**
**BELFOR USA GROUP, INC., BUILDING**
**CONSULTING ASSOCIATES, INC.,**
**VERICLAIM, INC.**
              **Defendants.**
_____/

## **AMENDED ORDER AND NOTICE OF HEARING**

**TAKE NOTICE** that a discovery conference will be held before the undersigned on **THURSDAY**, **JANUARY 24, 2008** at **1:30 P.M.** in Courtroom #5D, George C. Young U.S. Courthouse and Federal Building, 401 W. Central Boulevard, Orlando, Florida. Counsel should be prepared to discuss a plan to complete discovery by the discovery deadline, including the extent to which discovery produced in related cases, *see* doc. no. 10, can be made available for use in the present litigation. During the conference, the Court also will hear argument on the following motions: Defendant Lexington Insurance Company's Motion to Compel Production of Documents Sought from Plaintiffs (in Lexington's Third Production Request to Plaintiffs) and From Building Consulting Associates, Inc. (In Lexington's First Production Request to Building Consulting Associates, Inc), doc. no. 129; Plaintiffs' and Defendant Building Consulting Associates, Inc.'s Motion for a Protective Order, doc. no. 131; and, Motion for Relief from Plaintiffs' Failure to Respond to Belfor USA Group,

Inc.'s First Set of Interrogatories and Second Set of Requests for Production, doc. no. 145-1.[1] The Court has reserved two hours for the conference.

It is **ORDERED** that at least one business day before the conference, counsel for the parties shall confer, in person or by telephone, in a good faith effort to resolve the issues raised in the pending discovery motions and to arrive at a proposed discovery plan.  To the extent that any counsel or unrepresented party wishes to present documents to the Court at the hearing, those documents shall be exchanged with all other counsel and any unrepresented parties during the conference.  To spare the Court unnecessary preparation, counsel who are successful in their efforts to resolve any such matters raised in pending motions by agreement shall so advise the Court jointly as soon as possible, but no later than  one (1) business day before the hearing

Counsel who wish to be heard must attend the conference in person.

**DONE** and **ORDERED** in Orlando, Florida on January 22, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Any Unrepresented Party

**PLEASE NOTE**:  **Photo I.D.** is required to enter the United States Courthouse.  Also, **cellular telephones** and **laptop computers** are prohibited in the Courthouse unless otherwise allowed pursuant to order of the Court.

---

[1] Although no response to this motion had been filed as of the writing of this amended order, the issues raised therein are similar to those in the other two motions scheduled to be heard.  Accordingly, I find it appropriate to consider all three of these motions at the discovery conference.