# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BRAY & GILLESPIE MANAGEMENT LLC, BRAY & GILLESPIE, DELAWARE I, L.P., BRAY & GILLESPIE X, LLC, et al.**
        **Plaintiffs,**

**-vs-**        Case No. 6:07-cv-222-Orl-19KRS

**LEXINGTON INSURANCE COMPANY, BELFOR USA GROUP, INC., BUILDING CONSULTING ASSOCIATES, INC., VERICLAIM, INC.**
        **Defendants.**
_____/

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **DEFENDANT LEXINGTON INSURANCE COMPANY'S RENEWED MOTION TO COMPEL PRODUCTION OF DOCUMENTS (Doc. No. 178)**
>
> **FILED:** March 20, 2008
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

On March 20, 2008, Defendant Lexington Insurance Company filed and served the present motion seeking an order compelling the plaintiffs to produce documents in response to its First and Second Requests for Production of Documents.

Pursuant to the Amended Case Management and Scheduling Order, the plaintiffs were required to file a response to this motion within eleven days after it was served, plus three days for mailing

time. Doc. No. 122 at 6 n.2. The plaintiffs have not filed a response to the motion as of the writing of this order, and the time for doing so has passed. Therefore, I treat the motion as unopposed.

It is, therefore, **ORDERED** that, on or before April 30, 2008, the plaintiffs shall produce all responsive documents within their possession, custody or control to the extent requested in the motion. All objections to these discovery requests, other than legal privileges and protections, have been abandoned by failing to provide support for them in a timely response to the present motion. Should the plaintiffs assert that any responsive information or documents are privileged, they shall comply with my March 18, 2008 Order, doc. no. 177, addressing when a privilege log must be served after the production of documents.

**DONE** and **ORDERED** in Orlando, Florida on April 11, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties