# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BRAY & GILLESPIE MANAGEMENT LLC, BRAY & GILLESPIE, DELAWARE I, L.P., BRAY & GILLESPIE X, LLC, et al.**
   **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:07-cv-222-Orl-19KRS**

**LEXINGTON INSURANCE COMPANY, BELFOR USA GROUP, INC., BUILDING CONSULTING ASSOCIATES, INC., VERICLAIM, INC.**
   **Defendants.**
_____/

## ORDER ADOPTING RULING AND RECOMMENDATION OF SPECIAL MASTER

This case is before the Court on the Ruling and Recommendation of Special Master on Plaintiffs' Emergency Motion for Protective Order Regarding Deposition of, and Document Production From, Plaintiffs' Corporate Representative [266]. The Special Master recommends that the Court grant in part and deny in part an Emergency Motion for Protective Order submitted to the Special Master by Plaintiffs.[1]

The Order Appointing Special Master [252] gives the parties two days to seek *de novo* review of legal rulings made by the Special Master with respect to motions related to written discovery. Doc.

---

[1] It does not appear that this emergency motion was filed with the Court. The Order Appointing Special Master [252] contemplates that written motions submitted to the Special Master, and responses thereto, will also be filed with the Court. *See* Doc. No. 252 ¶ 3. In this instance, the Special Master's ruling and recommendation adequately explained the issues raised by the motion. Accordingly, the Report and Recommendation may be considered, absent objection of any party, without review of the underlying motion and responses thereto.

No. 252 ¶ 1.E.  The order further provides that the Court will decide *de novo* all objections to findings of fact and conclusions of law made or recommended by the special master.  *Id.* ¶ 6.A.

No party has objected to the Ruling and Recommendation of Special Master on Plaintiffs' Emergency Motion for Protective Order Regarding Deposition of, and Document Production From, Plaintiffs' Corporate Representative [266], and the time for doing so has passed.  Being thoroughly familiar with the dispute addressed by the Special Master, and with the record as a whole, I agree entirely with the Special Master's ruling.

Accordingly, it is **ORDERED** that the Ruling and Recommendation of Special Master on Plaintiffs' Emergency Motion for Protective Order Regarding Deposition of, and Document Production From, Plaintiffs' Corporate Representative [266] is **ADOPTED** and **CONFIRMED** and made a part of this Order.

**DONE** and **ORDERED** in Orlando, Florida on August 12, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record
Special Master