# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BRAY & GILLESPIE MANAGEMENT LLC, BRAY & GILLESPIE, DELAWARE I, L.P., BRAY & GILLESPIE X, LLC, et al.**
        **Plaintiffs,**

**-vs-**                    **Case No. 6:07-cv-222-Orl-98KRS**

**LEXINGTON INSURANCE COMPANY, BELFOR USA GROUP, INC., BUILDING CONSULTING ASSOCIATES, INC., VERICLAIM, INC.**
        **Defendants.**

_____/

## ORDER

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **MOTION FOR PROTECTIVE ORDER TO PREVENT DEPOSITION OF AND DOCUMENT PRODUCTION FROM HAROLD LUEKEN (Doc. No. 288)** |
| **FILED:** | **August 21, 2008** |

**THEREON** it is **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part.

On September 11, 2008, the Special Master in this case submitted a revised report recommending that the motion be **GRANTED in part** and **DENIED in part.** Doc. No. 313.

After an independent de novo review of the record in this matter, and noting that the parties filed no timely objections, *see* Doc. No. 252, 2, at ¶ 1(E) (providing the parties two days to seek *de novo* review of Special Master's rulings on discovery-related motions), the Court agrees entirely with the Special Master's Report and Recommendation. Therefore, it is **ORDERED** that the revised

Report and Recommendation filed September 11, 2008, Doc. No. 313, is **ADOPTED** and **CONFIRMED** and made a part of this Order.

   **DONE** and **ORDERED** in Orlando, Florida on September 16, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE
