# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BRAY & GILLESPIE MANAGEMENT
LLC, BRAY & GILLESPIE, DELAWARE
I, L.P., BRAY & GILLESPIE X, LLC, et al.
Plaintiffs,**

**-vs-**                                          **Case No.  6:07-cv-222-Orl-35KRS**

**LEXINGTON INSURANCE COMPANY,
BELFOR USA GROUP, INC., BUILDING
CONSULTING ASSOCIATES, INC.,
VERICLAIM, INC.
Defendants.**

_____/

## ORDER

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM VERICLAIM, INC. (Doc. No. 279)** |
| **FILED:** | **August 15, 2008** |

**THEREON** it is **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part.

On October 21, 2008, the Special Master in this case submitted a report recommending that the motion be granted in part and denied in part.  Doc. No. 341.

After an independent de novo review of the record in this matter, and noting that the motion was unopposed and no objections were timely filed, the Court agrees in the most part with the Special Master's Report and Recommendation.  However, as the Court has indicated that the discovery disputes before the Special Master must be resolved on or before December 15, 2008, the Special

Master's recommendation that Vericlaim and Lexington have 30 days from October 21, 2008, to file supplemental affidavits is overly long.   Accordingly, it is **ORDERED** that the Report and Recommendation filed October 21, 2008, Doc. No. 341, is **MODIFIED** to require that supplemental affidavits be submitted to the Special Master on or before November 14, 2008.   The Report and Recommendation is **ADOPTED** and **CONFIRMED** in all other respects.

It is further **ORDERED** that the parties may not cite or rely upon this Order, or the pendency of discovery disputes before the Special Master, as a basis to seek an enlargement of any deadlines in this case.

**DONE** and **ORDERED** in Orlando, Florida on October 30, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE