**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BRAY & GILLESPIE MANAGEMENT LLC, BRAY & GILLESPIE, DELAWARE I, L.P., BRAY & GILLESPIE X, LLC, et al.**
      **Plaintiffs,**

-vs-                                                                                  Case No.  6:07-cv-222-Orl-35KRS

**LEXINGTON INSURANCE COMPANY, BELFOR USA GROUP, INC., BUILDING CONSULTING ASSOCIATES, INC., VERICLAIM, INC.**
      **Defendants.**
_____/

## ORDER

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **DEFENDANT VERICLAIM, INC.'S MOTION TO COMPEL DISCOVERY AND REQUEST TO DETERMINE SUFFICIENCY OF PLAINTIFFS BRAY & GILLESPIE'S RESPONSES TO VERICLAIM'S FIRST SET OF DOCUMENT REQUESTS AND FIRST SET OF INTERROGATORIES (Doc. No. 277)** |
| **FILED:** | **August 15, 2008** |

On November 25, 2008, the Special Master in this case submitted a report recommending that the motion be granted in part and denied in part. Doc. No. 378.

After an independent de novo review of the record in this matter, and noting that no objections were timely filed, the Court agrees in the most part with the Special Master's Report and Recommendation. However, as the Court has indicated that the discovery disputes before the Special Master must be resolved on or before December 15, 2008, the Special Master's recommendation that

B&G shall have 20 days from November 25, 2008, to file supplemental answers is overly long. Accordingly, it is **ORDERED** that the Report and Recommendation filed November 25, 2008, Doc. No. 378, is **MODIFIED** to require that B&G shall produce its supplemental answers on or before December 10, 2008. The Report and Recommendation is **ADOPTED** and **CONFIRMED** in all other respects.

It is further **ORDERED** that the parties may not cite or rely upon this Order, or the pendency of discovery disputes before the Special Master, as a basis to seek an enlargement of any deadlines in this case.

**DONE** and **ORDERED** in Orlando, Florida on December 3, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE